IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Harrell, Martha J | Case Number:  06 B 10228 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/22/08 | Filed:  8/21/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  December 10, 2007
Confirmed:  November 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,670.00 | |
| Secured: | | 1,521.94 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,914.00 |
| Trustee Fee: | | 234.06 |
| Other Funds: | | 0.00 |
| Totals: | 4,670.00 | 4,670.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 2,914.00 | 2,914.00 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | Village of Maywood | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 3,765.13 | 360.00 |
| 6. | Republic Title Company | Secured | 12,855.13 | 1,050.00 |
| 7. | AMC Mortgage Services Inc | Secured | 7,067.05 | 111.94 |
| 8. | Cook County Treasurer | Unsecured | 125.23 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 1,299.73 | 0.00 |
| 10. | Credit Union One | Unsecured | 787.25 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,328.91 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 762.86 | 0.00 |
| 13. | AmeriCash Loans, LLC | Unsecured | 422.09 | 0.00 |
| 14. | Cook County Treasurer | Secured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Allied Interstate | Unsecured | | No Claim Filed |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 18. | Chadwicks Of Boston | Unsecured | | No Claim Filed |
| 19. | Check Into Cash | Unsecured | | No Claim Filed |
| 20. | Collection Company Of America | Unsecured | | No Claim Filed |
| 21. | Eastern Collection Corp. | Unsecured | | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 23. | Safe Auto Insurance | Unsecured | | No Claim Filed |
| 24. | Encore | Unsecured | | No Claim Filed |
| 25. | GC Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Harrell, Martha J | Case Number: 06 B 10228 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 1/22/08 | Filed: 8/21/06 |

| | | | | |
|---|---|---|---|---|
| 26. | IC Collections | Unsecured | | No Claim Filed |
| 27. | Sunrise Credit Services,Inc. | Unsecured | | No Claim Filed |
| 28. | Ira N Helfgot | Unsecured | | No Claim Filed |
| 29. | MCI Residential | Unsecured | | No Claim Filed |
| 30. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 31. | Nicor Gas | Unsecured | | No Claim Filed |
| 32. | Nicor Gas | Unsecured | | No Claim Filed |
| 33. | AT&T | Unsecured | | No Claim Filed |
| 34. | Republic Title Company | Unsecured | | No Claim Filed |
| 35. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 36. | Net Bank | Unsecured | | No Claim Filed |
| 37. | Capital One | Unsecured | | No Claim Filed |
| 38. | Sir Finance Corporation | Unsecured | | No Claim Filed |
| 39. | I C Systems Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,327.38 | $ 4,435.94 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 144.96 |
| 5.4% | 89.10 |
| | _____ |
| | $ 234.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

